No. 92–6592. LAAMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 92–6856. HARRIS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 92–6989. ERVIN v. MISSOURI. Sup. Ct. Mo. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 92–6910. FREY v. FULCOMER, WARDEN. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE SOUTER would grant certiorari.